## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dennis Iberg,

      Plaintiff,                        Civil No.07-2730  (RHK/AJB)

vs.                                      **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia Corporation,
Pharmacia & Upjohn Company, LLC,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 13, 2007

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge